**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KEN STUART, <br><br> Plaintiff, <br><br> vs. <br><br> SPECIALIZED LOAN SERVICING, LLC; an unknown entity, form unknown; MICHAEL WARD, an individual; THE MORTGAGE LAW FIRM, PLC, a professional corporation; RYAN REMINGTON, an individual; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a unknown entity, form unknown; WILMINGTON TRUST, NATIONAL ASSOCIATION, a unknown entity, form unknown; and DOES 1-100, <br><br> Defendants. | CASE NO.: **8:17-cv-00497-CJC-JCG** <br> Date Action Filed: March 2, 2017 <br><br> Assigned for All Purposes to <br> Hon. Cormac J. Carney <br><br> **ORDER GRANTING STIPULATION FOR REMAND** <br><br> Trial Date: None set. |

**ORDER**

On April 26, 2017, the Parties to the above-referenced action filed a Stipulation to Remand Case to State Court. The Court having reviewed the Stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation is approved, and the instant action is to be immediately remanded back to state court, Orange County Superior Court, State of California, Case Number 30-2017-00906460-CU-OR-CJC;

2. Each of the Parties shall bear his/her/its own attorneys' fees and costs with respect to the removal and subsequent remand of the instant action; and

3. This Stipulation moots all pending motions before this Court, and all pending deadlines and hearings in this case should be taken off the Court's calendar.

**IT IS SO ORDERED.**

Dated: May 1, 2017

_____
Hon. Cormac J. Carney
United States District Court
Central District of California